UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>KEISHA WRIGHT<br><br><br><br>Debtor(s)<br>PEOPLE OF THE STATE OF ILLINOIS, ex. rel.<br>ILLINOIS DEPARTMENT OF HUMAN SERVICES<br>Plaintiff(s)<br>KEISHA WRIGHT<br><br><br>Defendant(s) | BK No.: 19-25951<br><br>Chapter: 13<br><br>Honorable Jack B. Schmetterer<br><br><br>Adv. No.: 20-00057 |

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

This matter coming to be heard on the Motion for Default Judgment, and after such hearing, the Court makes the following Findings of Fact and Conclusions of Law:

FINDINGS OF FACT

1. Defendant Keisha Wright applied for food stamps, initially, in 2016.
2. Defendant did not accurately disclose her employment income to Plaintiff State of Illinois ex rel Illinois Department of Human Services in 2016.
3. Defendant did not accurately disclose her employment income to DHS in 2017.
4. That Defendant did not accurately disclose her employment income to DHS in 2018.
5. That, in a 2018 re-application, Defendant indicated to DHS that she was not employed.
6. That Defendant was employed from 2014 through 2018.
7. That Defendant received food stamps from DHS in the amount of $8,875.00 between 2016 and 2018.
8. As of May 4, 2020, a balance of $8,875.00 is owed to Plaintiff State of Illinois ex rel Illinois Department of Human Services by Defendant.

CONCLUSIONS OF LAW

9. Defendant's failure to accurately disclose her employment income and employment was a false representation to DHS.
10. That Defendant would not have received food stamps from DHS if she had accurately disclosed her employment income and employment.
11. Due to Defendant's false representations, Defendant was overpaid food stamps in the amount of $8,875.00.
12. As of May 4, 2020, $8,875.00 is due to Plaintiff State of Illinois ex rel Illinois Department of Human Services by Defendant.
13. Pursuant to Section 523(a)(2)(A) of the Bankruptcy Code, the debt owed to DHS by Debtor is not dischargeable because the funds were obtained by "false pretenses, a false representation, or actual

Form G6  (20170308_apo)

fraud... ." 11 U.S.C. 523(a)(2)(A).

14. Defendant's debt to Plaintiff is excepted from any discharge granted to Defendant in the underlying bankruptcy case – 19-2591.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: 1 2 MAY 2020

**Prepared by:**
Anna Stanley Kahriman (ARDC No. 6287467)
Assistant Attorney General
Office of the Attorney General of Illinois
100 W. Randolph St., 13-204
Chicago, IL 60601
(312) 814-6140